**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**No. 4:17-CR-FL**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SANJAY KUMAR,** | ) | |
| **Defendant.** | ) | |

---

Before this Court is attorney Bradley J. Bannon's Motion to Seal his Motion to Withdraw,

Docket Entry No. 36, pursuant to Local Criminal Rule 55.2 and Rule 1.6 of the North Carolina

Rules of Professional Conduct. For the reasons stated in the Motion, and for good cause shown,

this Court GRANTS Bannon's Motion to Seal Docket Entry No. 36.

SO ORDERED, this 22nd day of  May , 2017.


Hon. Louise W. Flanagan
United States District Court Judge

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion to Seal has been served on the following by electronically filing the foregoing with the Clerk of Court on May 22, 2017, using the CM/ECF system, which will send notification of such filing to him:

Stephen A. West                                         (Steven.West@usdoj.gov)
Assistant United States Attorney
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461

This 22nd day of May, 2017.

/s/ Bradley J. Bannon
Bradley J. Bannon
N.C. State Bar # 24106
PATTERSON HARKAVY, LLP
1312 Annapolis Drive, Suite 103
Raleigh, NC 27608
Phone: 919-755-1812
Fax: 866-397-8671
bbannon@pathlaw.com