## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## No. 4:17-CR-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SANJAY KUMAR, | ) | |
| Defendant. | ) | |

Before this Court is attorney Howard Kurtz' Motion to Seal his Motion to Withdraw, Docket Entry No. 41, pursuant to Local Criminal Rule 55.2 and Rule 1.6 of the North Carolina Rules of Professional Conduct. For the reasons stated in the Motion, and for good cause shown, this Court GRANTS Kurtz' Motion to Seal Docket Entry No. 41.

SO ORDERED, this 11th day of July, 2017.

Robert B. Jones, Jr.
U.S. Magistrate Judge