UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00005-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Amended **ORDER** |
| | ) | |
| SANJAY KUMAR, | ) | |
| Defendant. | ) | |

This matter comes before the Court for an amendment to the *unopposed* ORDER granting Defendant an enlargement of the scheduling order for a reasonable period of time to review the evidence and to allow the filing of any necessary pretrial motions, and to continue the Arraignment. The Court's deadline for pretrial motions in this matter expired 17 May 2017, days prior to the withdrawal of both defense attorneys. Neither counsel filed motions after securing an extension of time to review the evidence, nor did counsel move to enlarge the scheduling order prior to withdrawing. New counsel represents that the defendant states he has not had a chance to review the evidence, which has been forecast to the Court in prior motions to be voluminous. Counsel newly appearing represents the interest of justice is best served by allowing time for new counsel and defendant's review of the evidence in the exercise of due diligence prior to arraignment or a deadline to file motions.

It appearing that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, the Court hereby GRANTS the motion. FOR GOOD CAUSE SHOWN the scheduling order in this matter shall be extended as follows: the Arraignment in this matter is reset for 14 November 2017 term of court in New Bern. Motions due by 31 October 2017, and responses to motions are due by 13 November 2017. Any time occasioned by the granting of the motion is hereby excluded for the purposes of the Speedy

Trial Act.

    IT IS SO ORDERED.

    This 8th day of August, 2017.

                                                    _____
                                                    Honorable Louise W. Flanagan.