UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:17-CR-0005-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| SANJAY KUMAR | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 63 be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of Docket Entry 63 to the United States Attorney's Office.

IT IS SO ORDERED, this the 2nd day of November, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE