UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-5-FL-1

UNITED STATES OF AMERICA,           )
                                    )   ORDER FOR SECOND MENTAL
            v.                      )   COMPETENCY EVALUATION
                                    )   OF THE DEFENDANT
SANJAY KUMAR                        )   BY THE BUREAU OF PRISONS
                                    )
                                    )

THIS MATTER is before the Court upon the parties' motion for a competency hearing and psychological or psychiatric evaluation pursuant 18 U.S.C. §§ 4241 and 4247.

For the reasons stated in the parties' motion, it is ORDERED AND ADJUDGED that the parties' motion is hereby GRANTED. The Court's order of November 8, 2017 [DE-72] is hereby rescinded.

A psychiatric or psychological examination shall be conducted by the Bureau of Prisons at the Federal Medical Center, Butner to evaluate the defendant's competency pursuant to 18 U.S.C. § 4241(b). A report of that examination shall, pursuant to 18 U.S.C. § 4247, be filed with the Court within forty-five days of the date of this Order.

So ordered, this 1st day of December, 2017.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE