**Motion DENIED.**

This the  1st  day of   March    , 20 18 .

/s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-0005-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INCARCERATED DEFENDANT'S |
| | ) | MOTION FOR REVIEW OF ORDER ON |
| v. | ) | DETENTION, ORDER FOR |
| | ) | HOME ASSESSMENT, & RELEASE |
| SANJAY KUMAR, | ) | 18 U.S.C. §3145 (b) |
| Defendant. | ) | |

NOW COMES Defendant, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for review of the prior Order of detention, stay same pending Probation's housing assessment; for Order allowing Probation to conduct a home assessment to inform the Court's review; and to GRANT pretrial release conditions. Defendant so moves for newly provided information relevant to the reasons for denial of release, *to wit*: 1) Defendant's mental health status; 2) Reconsideration of Custodians; 3) Suitability of Housing; and 4) Defendant's review of evidence issues; as well as 5) a newly developed threat to defendant's safety in the Albemarle Jail. Defendant asks for review in the interest of justice and the truth seeking process, to re-assert reliable custodians and favorable witnesses who were presented to the Court at the detention hearing, to offer his mental health status recently provided to the Court by Dr. Graney, and in order to facilitate the efficient conduct of defendant's review in safety of the evidence in this case in order to accomplish just resolution thereof, taking into account the interests of the public safety and the Court in assuring defendant's presence at trial. In support thereof, Counsel would show the following:

PROCEDURAL POSTURE

1) Dr. Kumar was transferred to federal custody on a warrant issued 11/15/2016 and entered

1