IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:17-CR-0005-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SANJAY KUMAR, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Consent Motion of the Government to (1) hold in abeyance motions *in limine* filed by the Defendant; and (2) issue a proposed scheduling order regarding the filing of motions *in limine*.

All motions *in limine* filed by the Defendant are held in abeyance until a time to be determined by the Court.

The deadline for the filing of all motions *in limine* is September 3, 2018, and the deadline for responses to motions *in limine* is September 17, 2018. Additional motions *in limine* are permitted if unanticipated issues arise after the filing deadline.

This the 29th day of May, 2018.

Louise W. Flanagan
United States District Judge