IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SANJAY KUMAR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion to suppress. (DE 120). United States Magistrate Judge Robert T. Numbers, II, entered a memorandum and recommendation ("M&R") pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that defendant's motion be denied. No objections to the M&R were filed.

Upon careful review of the M&R and the record in this case, the court ADOPTS the findings and recommendations of the magistrate judge and DENIES defendant's motion.

SO ORDERED, this the 9th day of July, 2018.


_____
LOUISE W. FLANAGAN
United States District Judge