IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SANJAY KUMAR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter come before the court on its own initiative, where previously the court by order entered on May 29, 2018 (DE 127) held in abeyance response to defendant's motions in limine (DE 115, DE 121) until such time to be determined by the court.

The court LIFTS stay as to response time to defendant's motions in limine and DIRECTS the government to file any response to defendant's motions in limine no later than August 27, 2018. Thereafter, the court will take up and consider defendant's motions in limine.

SO ORDERED, this the 16th day of August, 2018.

                                                                  LOUISE W. FLANAGAN
                                                       United States District Judge