IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:17-CR-0005-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SANJAY KUMAR, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Consent Motion of the Government for an administrative telephonic conference.

For the reasons stated in the Motion, an administrative telephonic conference is hereby scheduled to occur on Friday, September 7, 2018, at 10:00 a.m.

This the  5th  day of   September  , 20 18  .

_____
Honorable Louise W. Flanagan
United States District Judge