UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-FL

| UNITED STATES OF AMERICA | ) | **EX PARTE ORDER UNSEALING** |
| --- | --- | --- |
| | ) | **ORDER TO APPOINT FEDERAL** |
| v. | ) | **PUBLIC DEFENDER** |
| | ) | |
| SANJAY KUMAR | ) | |

THIS MATTER AROSE upon the United States' Ex Parte Motion to Unseal. For good cause shown and for the reasons stated in the Government's Motion, the Government's Motion is hereby GRANTED, the Order at DE#191 is unsealed, this order is unsealed and copies should be provided to the United States Attorney's Office and the Federal Public Defender.

This the 1st day of May, 2019.

_____
Louise W. Flanagan
United States District Judge