IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| SANJAY KUMAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion for housing for trial. (DE 280). In that the United States Marshals Service reports defendant will be housed at the Pamlico County Jail for the duration of trial, which is the relief requested by defendant, the court DENIES AS MOOT defendant's motion.

SO ORDERED, this the 14th day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge