IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-5-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| SANJAY KUMAR, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $144.11. The clerk is DIRECTED to pay The Chelsea the sum of $144.11.

SO ORDERED, this the 16th day of July, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge