FILED IN OPEN COURT
ON 7/19/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SANJAY KUMAR | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Willie Wilcutt of the New Bern Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on July 19, 2019, be transferred to Willie Wilcutt to be retained in his custody until this case is completed, including any matters on appeal:

Gov't. Exhibit No.:                    Description of the Evidence:

120.36                                        FN 5.7 (firearm)

SO ORDERED this the 19th day of July, 2019.

Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

Willie Wilcutt, Case Agent

Nick Miller, Assistant U.S. Attorney