IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SANJAY KUMAR | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Willie Wilcutt of the New Bern Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on July 22, 2019, be transferred to Willie Wilcutt to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 120.42 | Keltec KSG |
| 120.43 | Maverick 88 |
| 120.38 | Springfield M1A |
| 120.3 | WASR-10 |
| 120.4 | FN 5.7 |
| 120.5 | S&W 340PD |
| 120.6 | Desert Eagle .45 |
| 120.7 | Mossberg 590A1 |

1

| | |
|---|---|
| 120.8 | Remington 870 |
| 120.9 | Mossberg 590DA1 |
| 120.10 | Mossberg 500 |
| 120.11 | Mossberg 500 |
| 120.12 | Catamount Fury II |
| 120.13 | HK .45 |
| 120.14 | S&W Governor |
| 120.15 | Ruger Redhawk |
| 120.16 | Charter Arms Bulldog |
| 120.17 | Mossberg 500 |
| 120.18 | Mossberg 500 |
| 120.19 | S&W 340 |
| 120.20 | Keltec KSG |
| 120.21 | Beretta 1301 |
| 120.22 | Remington 700 |
| 120.23 | FN Scar17S |
| 120.24 | FN Scar 17S |
| 120.25 | Glock 20C |
| 120.26 | Glock 21 |
| 120.27 | Desert Eagle .50 |
| 120.28 | S&W 340 |
| 120.29 | S&W 500 |

| | |
|---|---|
| 120.30 | S&W 500 |
| 120.31 | Taurus Judge |
| 120.32 | Catamount Fury II |
| 120.34 | Glock 20C |
| 120.35 | Glock 30 |

SO ORDERED this the 22nd day of July, 2019.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Willie Wilcutt, Case Agent

Nick Miller, Assistant U.S. Attorney