IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-5-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SANJAY KUMAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $108.50. The clerk is DIRECTED to pay Domino's the sum of $108.50.

SO ORDERED, this 29th day of July, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge