UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-0005-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER ON |
| v. | ) | MOTION FOR MISCELLANEOUS |
| | ) | RELIEF: SECURE PROTECTED |
| SANJAY KUMAR, | ) | DISCOVERY |
| Defendant. | ) | |

COMES NOW this matter on defense counsel's request to retrieve and secure a laptop and papers located in the jail with the defendant containing unredacted discovery in various forms subject of this Court's pretrial order restraining the dissemination and use by defendant of same and trial order requiring counsel to redact all sensitive patient information.

FOR GOOD CAUSE SHOWN the motion is GRANTED.

The Court hereby DIRECTS detention staff at the Brunswick County Detention Center, or anywhere that this Defendant is being held, to directly release the laptop and all discovery materials and/or any papers containing discovery information in any form to counsel for defendant so that it might be secured from any unauthorized dissemination.

Counsel is directed to personally retrieve the information from the facility and secure it.

IT IS SO ORDERED this 29th day of September, 2019.

_____
HONORABLE LOUISE FLANAGAN
United States District Court Judge