IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:17-CR-5-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SANJAY KUMAR, ) | |
| ) | |
| Defendant. ) | |

Pursuant to its *in camera* review of the paper documents submitted by defense counsel in response to its 2 October 2019 order (D.E. 408), the court has identified the relatively few documents that may contain information requiring redaction and are therefore subject to further review. The court has conducted its review without copying the documents, and the documents are not Bates-numbered. The court plans to make available for pick-up by defendant's counsel at the Clerk's office in Raleigh on 25 October 2019 all the paper documents submitted, other than those subject to further review. If there is any objection to such return of the documents to defense counsel, written notice of the objection and the basis for it shall be filed by 24 October 2019. Absent objection, the return will be made as planned.

This 21st day of October 2019.

_____
James E. Gates
United States Magistrate Judge