IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-5-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SANJAY KUMAR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motions for abatement of harsh/burdensome and unjust cost (DE 686) (hereinafter "cost motion"), and for the clerk to provide release of missing, additional, and unredacted sealed documents and trial exhibits (DE 687) (hereinafter "release motion").

With respect to the cost motion, the government is DIRECTED to file a response, or other notice specifying the government's position, on the relief requested, within 14 days of the date of this order. Thereupon, the court will enter such further order as is warranted regarding the cost motion. With respect to the release motion, for good cause shown, the motion is GRANTED. The clerk is authorized to release copies of the requested materials, as well as any additional sealed materials in the record of this case, to defendant for his use in prosecuting the instant appeal, upon request and receipt of payment from defendant in the amount to be estimated and determined by the clerk, in accordance with the terms and conditions set forth in the court's October 24, 2022, order.

SO ORDERED, this the 19th day of December, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge