TRULINCS 62988056 - KUMAR, SANJAY - Unit: BUF-V-A
---------------------------------------------------------------------------------------

FROM: 62988056
TO:
SUBJECT: MOTION TO RECUSE JUDGE L.W. FLANAGAN 4/9/24
DATE: 04/14/2024 11:24:23 PM



**FILED**

APR 22 2024

PETER A. MOORE, JR, CLERK
US DISTRICT COURT EDNC
BY _____ DEP CLK

4/9/24

SANJAY KUMAR MD
REGISTRATION NO. 62988-056
LSCI
PO BOX 999
BUTNER, NC 27509


RICHARD E MYERS
CHIEF JUDGE US DIST. CT FOR THE EDNC
ALTON LENNON FEDERAL BLDG
US COURT HOUSE
2 PRINCESS STREET
WILMINGTON, NC 28401


RE: CASE NO. 4:17-CR-5-FL-1, Motion to immediately recuse biased Judge L.W. Flanagan from all legal proceedings in this case as well as ALL ALLIED CASES including the Forfeiture In REM case where the Govt. wants to confiscate his guns & Ammo.

| | | |
|---|---|---|
| SANJAY KUMAR MD | ] | Defendant files this motion as SUPRA |
| Defendant | ] | |
| | ] | |
| V. | ] | |
| | ] | |
| | ] | |
| USA | ] | |
| Plaintiff | ] | |

1] Defendant files this motion with the Chief Judge, Pro Se.

2] The Court has jurisdiction over these cases

3] The Appellate Court has recently issued a Judgement vacating the "drug" as well as "money laundering" convictions of the defendant, while affirming the tax convictions & REMANDING the case back to the District Court.

4] Defendant is requesting the honorable Court to appoint him a new Judge for these proceedings & all others as Judge L.W. Flanagan is biased against the defendant.

5] Defendant recently filed a Judicial complaint against Flanagan with the Chief Judge of the Fourth Circuit as well as the Judicial Council for the same Circuit. [See enclosed]

6] Although the complaint has been dismissed, it is MERITORIOUS, & the record of the criminal proceedings stands as witness to the prejudicial actions of Flanagan.

7] Had it not been for the unlawful, unfair, unconstitutional, prejudicial & criminal actions of Flanagan, The defendant, an innocent man, would never have been wrongfully convicted & sentenced to a 20 year sentence. Defendant has already spent 8 years in prison & Flanagan's words [gleefully uttered] stating that he would be an old man when he gets out still ring in the defendant's ears.

Sincerely,

SANJAY KUMAR MD

P.S. THE CIVIL GUN CASE IS 4:16 CV 00281-FL THIS IS BEING OFFICIATED BY FLANAGAN TOO