IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-5-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANJAY KUMAR,<br><br>*Defendant*. | **NOTICE OF APPEARANCE** |

NOW COMES Joshua Dafydd Xerri, CJA appointed associate attorney for Defendant Sanjay Kumar, and respectfully more this Honorable Court for an Order allowing his withdrawal as counsel of record in the above-captioned matter.

Notice of Appeal of the Amended Judgment and of the Court order denying Defendant's Motion for Transfer of Firearms and Ammunition, and Defendant's Motion for Return of Property in the Possession of Law Enforcement have been filed. There are no additional issues pending in the District Court.

Defendant has been assigned appellate counsel, and thus representation by undersigned counsel has concluded. Accordingly, undersigned counsel requests that the Court grant this motion to withdraw.

Respectfully submitted, this the 9th day of June, 2025.

/s/ Joshua D. Xerri_____

Joshua D. Xerri
THE LAW OFFICE OF JOSHUA D. XERRI
NC State Bar No.: 60127
3064 Wake Forest Rd., #1034
Raleigh, NC 27609
Email: jd@xerrilaw.com
Telephone: (919) 391-6299
Facsimile: (919) 391-6299
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Aria Merle.

This, the 9th day of June, 2025.

/s/ Joshua D. Xerri_____

Joshua D. Xerri
THE LAW OFFICE OF JOSHUA D. XERRI
NC State Bar No.: 60127
3064 Wake Forest Rd., #1034
Raleigh, NC 27609
Email: jd@xerrilaw.com
Telephone: (919) 391-6299
Facsimile: (919) 391-6299
*Attorney for Defendant*